IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO-23-05003-BLG-TJC |
| Plaintiff, | |
| vs. | ORDER |
| **COLE M. KOSTKA,** | Violation No. F5227133 |
| Defendant. | Location Code:  M6H |

The United States has filed a motion to dismiss this action with prejudice. (Doc. 4.)  However, final judgment was already entered in this action on May 15, 2023, upon the Defendant's payment.  (*See* Doc. 3.)  Accordingly, the motion to dismiss is DENIED AS MOOT.

DATED this 21st day of July, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge